**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NI.: 21-CV-60010-RAR**

| | |
|---|---|
| CHASTIDI CORREA, an individual, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| 101 LIQUOR AND WINE CENTER CORP., a Florida Corporation, | ) ) ) ) |
| Defendant. | ) ) / |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses Defendant 101 LIQUOR AND WINE CENTER CORP., from this action without prejudice.

Date: January 14, 2021

                                      Respectfully Submitted,

                                      KU & MUSSMAN, P.A.
                                      18501 Pines Blvd, Suite 209-A
                                      Pembroke Pines, Florida 33029
                                      Tel: (305) 891-1322
                                      Fax: (954) 686-3976
                                      louis@kumussman.com

                                      By: */s/ Louis I. Mussman*
                                      Louis I. Mussman, Esq.
                                      (FL Bar #: 597155)
                                      Brian T. Ku, Esq.

(FL Bar # 610461)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of January, 2021, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system, and a true and correct copy will be mailed to the following:

101 LIQUOR AND WINE CENTER CORP.
By Serving Registered Agent:
Flynn, Gregory J.
2360 SE 8 Street
Pompano Beach, FL 33062

*/s/ Louis I. Mussman*
Louis I. Mussman, Esq.