UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-60010-RAR

**CHASTIDI CORREA**,

      Plaintiff,

v.

**101 LIQUOR AND WINE CENTER CORP.**,

      Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 5] ("Notice"), filed on January 14, 2021. The Court having reviewed the Notice, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *without prejudice*. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of January, 2021.

                                            **RODOLFO A. RUIZ II**
                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record